**STATE of Missouri, Respondent,**

v.

**Melvin E. ANDERSON, Appellant.**

### No. WD 67528.

Missouri Court of Appeals,
Western District.

Feb. 26, 2008.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 29, 2008.

Application for Transfer Denied
June 24, 2008.

Ellen H. Flottman, Columbia, MO, for appellant.

Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, for respondent.

Before VICTOR C. HOWARD, Chief Judge, PATRICIA BRECKENRIDGE,[1] Judge, and JOSEPH M. ELLIS, Judge.

1. Breckenridge, J., was a member of this Court at the time this case was submitted. She was subsequently appointed a judge of

## ORDER

PER CURIAM.

Melvin E. Anderson appeals his conviction following a jury trial of felony murder in the second degree, § 565.021, based on distribution of a controlled substance, § 195.211. No jurisprudential purpose would be served by a formal written opinion; however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 30.25(b).